**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| DANIEL DEFENSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARC GROUP WORLDWIDE, INC. and ARC COLORADO, INC., <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-355 |

## O R D E R

Presently before the Court is the Plaintiff's March 9, 2020 Notice of Voluntary Dismissal. (Docs. 17.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES** this case. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 24th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA